AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:26-cr-00022 |
| JONAS SEYOUM | ) Assigned To: Judge Moss, Randolp D. |
| | ) Assign Date: 2/5/2026 |
| | ) Description: INDICTMENT (B) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JONAS SEYOUM

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - (Conspiracy to Distribute and Possesses with Intent to Distribute a Detectable Amount of Marijuana 21 U.S.C. § 841(a)(1) and § 841(b)(1)(D) - (Unlawful Possession with Intent to Distribute a Detectable Amount of Marijuana)
18 U.S.C. § 924(c)(1)(A)(i) - (Using, Carrying, and Possessing a Firearm in Furtherance of a Drug Trafficking Offense)
18 U.S.C. § 922(g)(1) - (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year)

Date: 02/05/2026

*Issuing officer's signature*

City and state: Washington, DC

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 2/5/26, and the person was arrested on *(date)* 2/11/26
at *(city and state)* Washington DC

Date: 2/11/26

*Arresting officer's signature*

Amandazi PEO
*Printed name and title*